UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ABOVENET COMMUNICATIONS, INC.,

                          Plaintiff,                              08 Civ. 6188 (RPP) (MHD)

          - against -                                            **ORDER ACCEPTING
                                                                 MAGISTRATE'S REPORT**

A&D DATA CORP.,

                          Defendants.
--------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/10

On December 15, 2008, upon entry of a default judgment in favor of plaintiff, this Court

referred this case to Magistrate Judge Michael H. Dolinger for an inquest as to Plaintiff's

damages and costs. On December 29, 2009, Magistrate Judge Dolinger filed a Report and

Recommendation recommending that a judgment be entered in favor of Plaintiff Abovenet

Communication, Inc. in the amount of $3,642,036.00 plus pre-judgment interest of

$107,831.26 in damages against Defendant A&D Data Corp. No objections to the Report and

Recommendation have been filed.

**Decision**

The Court has considered Magistrate Judge Dolinger's Report and Recommendation and

agrees with the Report's recommendations. Accordingly, it is hereby

ORDERED that the Report and Recommendation issued by Magistrate Judge Michael H.

Dolinger on December 29, 2009 is accepted in accordance with 28 U.S.C. § 636(b); and it is

further

ORDERED that, in accordance with the Report and Recommendation issued by Judge

Dolinger, a judgment of $3,749,867.26 for damages and pre-judgment interest be entered in

favor of Plaintiff and against Defendant A&D Data Corp.

Since there is no question of substance for appellate review, a Certificate of Appealability

will not be issued. Pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that no appeal from

this order would be taken in good faith. This case is closed.

IT IS SO ORDERED.

Dated: New York, New York
       January 15, 2010

Robert P. Patterson, Jr.
U.S.D.J.

Copies of this sent to:

*Counsel for Plaintiff (by fax):*

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow
1065 Avenue of the Americas
New York , NY 10018
Attn: Michael Craig Sferlazza
      Stan Lawrence Goldberg
Tel: (212)-593-3000
Fax: (212)-593-0353

*Defendant: (by mail):*

A&D Data Corporation
20 Buttonball Road
Old Lyme, Connecticut 06371

Magistrate Judge Michael H. Dolinger

2